

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       Joshua Denagelo Myles v. The State of Texas

Appellate case number:    01-17-00483-CR          Trial court case number:        1522818

Trial court:                      262nd District Court of Harris County

      Appellant Joshua Denagelo Myles's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel has not, however, filed a letter in accordance with *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), "to notify his client that, should he wish to exercise his right to review the appellate record in preparing to file a response to the *Anders* brief, he should immediately file a motion for *pro se* access to the appellate record with the applicable court of appeals," which letter includes "a form motion . . ., lacking only the appellant's signature and the date, . . . inform[ing] the appellant that, in order to effectuate his right to review the appellate record *pro se*, should he choose to invoke it, he must sign and date the motion and send it on to the court of appeals within ten days of the date of the letter from appellate counsel." 436 S.W.3d at 319–20.

      Accordingly, we order appellant's appointed counsel, Terrence Gaiser, to send a letter and a form motion, such as the motion attached to this order, to the appellant in accordance with *Kelly*. *Id.* We further order appellant's appointed counsel to notify us, in writing, "that he has (1) informed the appellant of the motion to withdraw, (2) provided the appellant with the requisite copies while notifying him of his various *pro se* rights, and (3) supplied him with a form motion for *pro se* access to the appellate record." *Id.* at 320. Counsel shall send the required letter to his client and shall file the required notice with the Clerk of this Court within 14 days of the date of this order.

      It is so ORDERED.


Judge's signature: <u>/s/ Jennifer Caughey</u>
                  <u>X</u>  Acting individually    ☐ Acting for the Court


Date:  <u>August 14, 2018</u>

Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

No. 01-____-_____-CR

| | | |
|---|---|---|
| _____ | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,


_____
Pro se Appellant
_____ Unit,TDCJ # _____
_____, Texas _____


### Certificate of Service

This is to certify that on _____, a true and correct copy of the above and foregoing document was served by mail on the Harris County District Attorney's Office at 1201 Franklin Street #600, Houston, Texas 77002.


_____
Pro se Appellant